No. 97–1642. DEPARTMENT OF THE ARMY *v.* BLUE FOX, INC. C. A. 9th Cir. Certiorari granted.

No. 97–799. ELLERTH *v.* BURLINGTON INDUSTRIES, INC. C. A. 7th Cir. Certiorari denied.

No. 97–801. YANKEE ATOMIC ELECTRIC CO. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 97–884. GECAS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–1278. INMATES OF THE SUFFOLK COUNTY JAIL ET AL. *v.* ROUSE, SHERIFF, SUFFOLK COUNTY, ET AL. C. A. 1st Cir. Certiorari denied.

No. 97–1394. SOUTHEASTERN MARITIME CO. ET AL. *v.* BROWN ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–1404. MALPESO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–1440. GURNEY ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 97–1443. MAUSOLF ET AL. *v.* BABBITT, SECRETARY OF THE INTERIOR, ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–1444. MCLAUGHLIN ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–1535. GENERAL MEDIA COMMUNICATIONS, INC., ET AL. *v.* COHEN, SECRETARY OF DEFENSE, ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–1541. SMITH ET AL. *v.* METROPOLITAN SCHOOL DISTRICT PERRY TOWNSHIP ET AL. C. A. 7th Cir. Certiorari denied.